IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 25-mc-00004-STV
(related case: 24-cv-03400-STV)

Eugene Volokh and
Colorado Freedom of Information Coalition,

    Objectors.

---

ORDER DENYING LEAVE TO FILE RESPONSE TO OBJECTIONS AND
ADMINISTRATIVELY CLOSING ACTION

---

    Objectors Eugene Volokh and Colorado Freedom of Information Coalition are nonparties who filed Objections to Plaintiff's Motion to Restrict in case 24-cv-03400-STV. As a result, the Clerk of Court has initiated this parallel miscellaneous case. On May 3, 2025, Objectors filed a Motion for Leave to File Response to Plaintiff's Objections in case 24-cv-03400-STV. (ECF No. 4). They attached their Response to the Objections to their motion. (ECF No. 4-1).

    The Motion for Leave to File Response to Objections (ECF No. 4) will be denied as moot because the Court has already overruled Plaintiff Roe's objections in case 24-cv-03400-STV without considering Objectors' filing (*see* 24-cv-03400-STV at ECF No. 40). Further, as the issue of proceeding with a pseudonym is now resolved, it appears that this miscellaneous action can be administratively closed. If Objectors intend to file other motions regarding case 24-cv-03400-STV, they can move to reopen the miscellaneous action.

Accordingly, it is

ORDERED that Motion for Leave to File Response to Objections (ECF No. 4) is DENIED as moot. It is

FURTHER ORDERED that this miscellaneous action shall be administratively closed.

DATED at Denver, Colorado, this __8th__ day of ____July____, 2025.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court